## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

GWENDOLYN LEBLANC

    VS                                                     CASE NO.  3:06cv415/MCR/MD

OTIS ELEVATOR COMPANY, et al.

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on  May 1, 2007

Motion/Pleadings:  STIPULATED MOTION TO SUBSTITUTE PARTIES

Filed by the parties       on 5/1/2007       Doc.# 42

RESPONSES:

                                        on       Doc.#

                                        on       Doc.#

 X   Stipulated       ___  Joint Pldg.
 X   Unopposed    X   Consented

                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        /s/ *C. Justice*

LC (1 OR 2)                    Deputy Clerk

## ***ORDER***

*Upon consideration of the foregoing, it is ORDERED this 1st day of May, 2007, that:*

*The relief requested is GRANTED.*

                                        s/ *M. Casey Rodgers*

                                        *M. CASEY RODGERS*
                                        *United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

                                        Document No.